1   **BAKER, MANOCK & JENSEN**
    A PROFESSIONAL CORPORATION
    FIG GARDEN FINANCIAL CENTER
2   5260 NORTH PALM AVENUE, FOURTH FLOOR
    FRESNO, CALIFORNIA 93704-2209
3       TELEPHONE (559) 432-5400
        TELECOPIER (559) 432-5620

4

5   Attorneys for    Defendant KENNETH EDWARD MATTHEWS

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No.1:04-CR-05356 AWI
                                       )
12                  Plaintiff,         )
                                       )
13      v.                             )   **STIPULATION TO CONTINUE**
                                       )   **SENTENCING HEARING; AND ORDER**
14   KENNETH EDWARD MATTHEWS,          )   **THEREON**
                                       )
15                  Defendant.         )
                                       )   DATE:      December 18, 2006
16                                     )   TIME:      9:00 a.m.
                                       )   DEPT.:     Two (2)
17                                     )   JUDGE:     Hon. Anthony W. Ishii
                                       )
18

19          WHEREAS counsel for Defendant Kenneth Edward Matthews is currently in a

20  month long trial in the Tulare County Superior Court, and as a result is unable to meet with his

21  client to review the draft Advisory Guideline Presentence Investigation Report before informal

22  objections are due; and.

23          THE PARTIES HEREBY STIPULATE, by and through their authorized counsel,

24  that the schedule in this matter may be modified as follows:

25              1.      The Sentencing Hearing for Defendant shall be continued from

26  December 18, 2006, at 9:00 a.m., to January 29, 2007, at 9:00 a.m., or another date and

27  time thereafter at the convenience of the Court;

28  ///

2.      Informal objections to the draft Presentence Investigation Reports for Defendant shall be due on January 8, 2007, or three weeks before the continued sentencing hearing;

3.      The final Presentence Investigation Reports for Defendant shall be filed on January 15, 2007, or two weeks before the continued sentencing hearing; and,

4.      Formal objections and/or sentencing memorandums shall be filed on January 22, 2007, or one week before the continued sentencing hearing.

DATED:   November 27, 2006.                          McGREGOR SCOTT
                                                     UNITED STATES ATTORNEY


                                                     By   /s/ Mark Cullers
                                                     Mark Cullers
                                                     Assistant U.S. Attorney
                                                     Attorneys for Plaintiff


DATED:   November 27, 2006.                          BAKER, MANOCK & JENSEN


                                                     By   /s/ Robert D. Wilkinson
                                                     Robert D. Wilkinson
                                                     Attorneys for Defendant
                                                     KENNETH EDWARD MATTHEWS


**ORDER**

Good cause appearing therefor, THE COURT HEREBY ORDERS that the Sentencing Hearing in this matter shall be continued from December 18, 2006, at 9:00 a.m., to January 29, 2007, at 9:00 a.m., and that the dates for serving informal objections to the draft Presentence Investigation Report, filing of the final Presentence Investigation Report, and filing of formal objections and/or sentencing memoranda shall be modified as set forth in the Stipulation above.

IT IS SO ORDERED.

**Dated:      November 27, 2006**                          **/s/ Anthony W. Ishii**
0m8i78                                                     UNITED STATES DISTRICT JUDGE

2